David C. Wakefield, Esq.   Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone: 619.485.4300; Facsimile: 619.342.7755
E-mail:   dcw@DMWakeLaw.com;  wakefieldlawassistant@gmail.com
Attorney for Plaintiffs

Holly Gagas, Esq. (Bar No. 183187)
HG@ClintonLaw.com
E. Susie Mendoza, Esq. (Bar No. 322936)
ESM@ClintonLaw.com
Christian L. Woods, Esq. (Bar No. 314608)
CLW@ClintonLaw.com
CLINTON & CLINTON
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph.: (562) 216-5000 ; Fax: (562) 216-5001
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>v.<br><br>**810-50 JUNIPER (CA) LP; AND DOES 1 THROUGH 10, Inclusive**<br><br>Defendants. | Case#: 3:23cv01452-WQH-BGS<br><br>**JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY** |

**Case #: 3:23cv01452-WQH-BGS**

**Joint Notice Of Settlement**

1

///

Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and JAMES LEE, An Individual, and Defendant 810-50 JUNIPER (CA) LP**,** herein jointly provide notice that the parties have settled this case in its entirety.  The parties anticipate finalizing a written settlement agreement document that memorializes the parties' settlement, and shall thereafter file a dismissal with prejudice of the case in its entirety. The parties anticipate they shall need approximately 30 days to complete the dispositional documents and file a dismissal with the court.

Dated: 02-01-2024	**Lightning Law, APC**

_/S/ *Davd C. Wakefield*_
David C. Wakefield, Esq.
Attorney for Plaintiffs

Dated: 02-01-2024	**Clinton & Clinton**

_/S/_*E. Susie Mendoza*
E. Susie Mendoza, Esq
Attorney for Defendants

**Case #: 3:23cv01452-WQH-BGS**

**Joint Notice Of Settlement**

2

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: 02-01-2024                    **Lightning Law, APC**

                          By:    /S/ _David C. Wakefield_
                                 David C. Wakefield, Esq.
                                 Attorney for Plaintiffs

**Case #: 3:23cv01452-WQH-BGS**

**Joint Notice Of Settlement**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

     I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

     On the date stated below, I served the foregoing document described as the following below on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as stated on the attached service list:

**1.  JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY**

\_        **BY US OVERNIGHT EXPRESS MAIL -** I deposited such envelope in the mail at San Diego, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**Express Tracking #:**

\_\_\_\_    **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

**\_\_\_\_\_VIA FACSIMILE –** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

\_\_\_    **BY EMAIL TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the e-mail address(s) indicated.

XXX\_\_\_\_    **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified

**Case #: 3:23cv01452-WQH-BGS**

**Joint Notice Of Settlement**

4

on the attached service list using the court supported ECF e-mail to the address(es) indicated.

\_\_\_\_ **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was mad.

Executed on February 01, 2024, at San Diego, California.

　　　　　　　　　　　　　　　　\_\_/s/\_ *David C. Wakefield*\_\_\_\_
　　　　　　　　　　　　　　　　DAVID C. WAKEFIELD

## SERVICE LIST

Holly Gagas, Esq. (Bar No. 183187)
HG@ClintonLaw.com
E. Susie Mendoza, Esq. (Bar No. 322936)
ESM@ClintonLaw.com
Christian L. Woods, Esq. (Bar No. 314608)
CLW@ClintonLaw.com
CLINTON & CLINTON
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph.: (562) 216-5000 ; Fax: (562) 216-5001
Attorneys for Defendant

**Case #: 3:23cv01452-WQH-BGS**

**Joint Notice Of Settlement**