UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, On Behalf of Itself and Its Members; JAMES LEE, An Individual,<br><br>                          Plaintiffs,<br><br>v.<br><br>810-50 JUNIPER (CA) LP; and DOES 1 THROUGH 10, Inclusive,<br><br>                          Defendants. | Case No.:  3:23-cv-01452-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion for Dismissal with Prejudice of all Defendants and Plaintiffs' Complaint in Its Entirety (ECF No. 11) is granted. The Court dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' Complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs. The Clerk of the Court shall close this case.

Dated:  March 28, 2024

Hon. William Q. Hayes
United States District Court